■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY BOONE, Appellant. [977 NYS2d 917]—

The defendant's contention that his plea of guilty should be vacated because the facts to which he allocuted do not actually constitute a crime is unpreserved for appellate review (*see People v Pryor*, 11 AD3d 565, 566 [2004]). In any event, contrary to the defendant's contention, the facts to which he allocuted constituted the crime of manslaughter in the first degree (*see* Penal Law §§ 20.00, 125.20; *see also People v Pagan*, 281 AD2d 294, 295 [2001]). Rivera, J.P., Hall, Roman and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v TYRE BROOKS, Defendant. [977 NYS2d 919]—

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Lott, Austin and Miller, JJ., concur.